| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1 | **William D. Thresher** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court | **District of New Jersey** |
| Case number: | **11–30846–SLM** |

| |
|---|
| Social Security number or ITIN    **xxx–xx–7676** |
| EIN    _ _–_ _ _ _ _ _ _ |
| Social Security number or ITIN    _ _ _ _ |
| EIN    _ _–_ _ _ _ _ _ _ |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William D. Thresher

12/5/16

**By the court:**    Stacey L. Meisel
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-30846-SLM
William D. Thresher                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 3              Date Rcvd: Dec 05, 2016
                             Form ID: 3180W           Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
```
db          +William D. Thresher,    97 Demarest Road,    Bloomingdale, NJ 07403-1404
aty         +Anila S Rasul,    Robertson, Anschutz & Schneid, PL,    6409 Congress Ave., Suite 100,
              Boca Raton, FL 33487-2853
aty         +Joel A. Ackerman,    Zucker Goldberg & Ackerman,    200 Sheffield Street,   Suite 301,
              Mountainside, NJ 07092-2315
cr          +Capital One Auto Finance,    PO Box 740933,    Dallas, TX 75374-0933
cr          +Deutsche Bank National Trust Company,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
              Suite 100,    Boca Raton, FL 33487-2853
512169870   +Anthony J. Migliaccio, Esq.,    500 N. Franklin Tpke,    Box 278,    Ramsey, NJ 07446-1177
512169871   +Aurora Loan Services,    10350 Park Meadows Drive,    Littleton, CO 80124-6800
515335554   +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,   P O Box 982284,
              El Paso, TX 79998-2284
512169873   +Brad D. Layton, Esq.,    JP Morgan Chase Legal Dept.,    900 U.S. Hwy 9 North, Ste.401,
              Woodbridge, NJ 07095-1003
512169876    CBE Group, Inc.,    Payment Processing Center,    Box 720,    Waterloo, IA 50704-0720
512257766   +Capital One, N.A.,    PO Box 740933,    Dallas, TX 75374-0933
512169884    Citizens Bank Card Services,    Box 42010,    Providence, RI 02940-2010
512264811    FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
              America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512169890   +Faloni & Associates,    165 Passaic Avenue,    Suite 301 B,    Fairfield, NJ 07004-3592
512169889    Faloni & Associates,    165 Fairfield Avenue,    Suite 301B,    Fairfield, NJ 07004
512169893   +First Nat'l Bank Omaha,    Box 2557,    Omaha, NE 68103-2557
512169899   +GMAC Home Equity,    Box 780,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
512169897   +Gage, Fiore & Disarno,    993 Lenox Drive,    Suite 500,    Larwrenceville, NJ 08648-2316
512169900  #+Harold E. Scherrr, P.A.,    1064 Greenwood Blvd,    Suite 328,    Lake Mary, FL 32746-5419
512304800   +Henry G. Thresher,    8162 Surrey Drive,    Morrison, CO 80465-2453
512169905   +Joseph Esposito,    287 Bloomfield Avenue,    Caldwell, NJ 07006-5153
512289407   +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
              Parsippany NJ 07054-5020
512169910  #+Nudelman, Klemm & Golub,    425 Eagle Rock Avenue,    Suite 403,    Roseland, NJ 07068-1787
514691084    Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
              West Palm Beach, FL 33416-4605
514691085   +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. Box 24605,
              West Palm Beach, FL 33416-4605,    Ocwen Loan Servicing, LLC 33416-4605,
              Attn: Bankruptcy Department
512499140   +OneWest Bank, FSB,    PO BOX 829009,    Dallas, TX 75382-9009
512169912   +Passaic Co. Courthouse,    77 Hamilton Street,    Special Civil,    Paterson, NJ 07505-2018
512169913   +Passaic County Sheriff's Off.,    Levy Dept.,    71 Hamilton Street,    Paterson, NJ 07505-2002
512169914   +Plaza Associates,    7 Penn Plaza,    New York, NY 10001-3900
512169915   +Pressler and Pressler,    7 Entin Way,    Parsippany, NJ 07054-5020
512169917    RBS Card Services,    Box 42010,    Providence, RI 02940-2010
512181102   +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
512169916   +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Bldg 1,    Belmar, NJ 07719-9020
512169922   +Wells Fargo,    Box 40039,    Roanoke, VA 24022-5039
512169924  #+Zucker Goldberg & Ackerman,    Box 1024,    Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2016 23:18:04     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2016 23:17:58     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
512350889    E-mail/Text: bankruptcy@alliantcreditunion.com Dec 05 2016 23:18:22     Alliant Credit Union,
              11545 W. Touhy Ave.,    Chicago, IL 60666
512169867    E-mail/Text: bankruptcy@alliantcreditunion.com Dec 05 2016 23:18:22     Alliant Credit Union,
              125 E. Algonquin Road,    Arlington Height, IL 60005
512169868   +EDI: AMEREXPR.COM Dec 05 2016 23:04:00     American Express,   Box 981537,
              El Paso, TX 79998-1537
512169869    EDI: AMEREXPR.COM Dec 05 2016 23:04:00     American Express,   Box 1270,
              Newark, NJ 07101-1270
512498358    EDI: BECKLEE.COM Dec 05 2016 23:03:00     American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512420683   +EDI: OPHSUBSID.COM Dec 05 2016 23:04:00     BACK BOWL I LLC, SERIES B,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512182020    EDI: BANKAMER2.COM Dec 05 2016 23:04:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
              Wilmington, DE 19886-5102
512169872   +EDI: TSYS2.COM Dec 05 2016 23:03:00     Barclays Bank,   Box 8803,    Wilmington, DE 19899-8803
512169874   +EDI: STFC.COM Dec 05 2016 23:04:00     CACH, LLC,    4340 S Monaco,   Second Floor,
              Denver, CO 80237-3581
512385991    EDI: RESURGENT.COM Dec 05 2016 23:04:00     CR Evergreen II, LLC,   MS 550,   PO Box 91121,
              Seattle, WA 98111-9221
512377441   +EDI: OPHSUBSID.COM Dec 05 2016 23:04:00     Candica, L.L.C.,   c/o Weinstein & Riley, P.S.,
              2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
```

```
District/off: 0312-2          User: admin              Page 2 of 3                Date Rcvd: Dec 05, 2016
                              Form ID: 3180W           Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512169875      +E-mail/Text: cms-bk@cms-collect.com Dec 05 2016 23:17:41      Capital Mngt. Services,
                 726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
512169881      +EDI: CHASE.COM Dec 05 2016 23:04:00      Chase,    900 US Hwy 9 North,    Suite 401,
                 Woodbridge, NJ 07095-1003
512169879       EDI: CHASE.COM Dec 05 2016 23:04:00      Chase,    200 White Clay Center Drive,
                 Newark, DE 19711-5466
512169878      +EDI: CHASE.COM Dec 05 2016 23:04:00      Chase,    Box 15298,    Wilmington, DE 19850-5298
512169877       EDI: CHASE.COM Dec 05 2016 23:04:00      Chase,    Box 15298,    Wilmington, DE 19886-5298
512169880       EDI: CHASE.COM Dec 05 2016 23:04:00      Chase,    Bankruptcy Dept.,    Box 15145,
                 Wilmington, DE 19850-5145
512301811       EDI: CHASE.COM Dec 05 2016 23:04:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
512169882      +EDI: CITICORP.COM Dec 05 2016 23:04:00      Citibank,    701 E. 60th Street N,
                 Sioux Falls, SD 57104-0493
512169885       EDI: RCSDELL.COM Dec 05 2016 23:03:00      Dell Financial Services,    Box 81577,
                 Austin, TX 78708-1577
512169886       EDI: DIRECTV.COM Dec 05 2016 23:04:00      Direct TV,    Box 11732,    Newark, NJ 07101
512169887       EDI: DISCOVER.COM Dec 05 2016 23:04:00      Discover,    Box 15316,    Wilmington, DE 19850
512195900       EDI: RESURGENT.COM Dec 05 2016 23:04:00      Dell Financial Services L.L.C.,
                 c/o Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
512198085      +EDI: TSYS2.COM Dec 05 2016 23:04:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
512177577       EDI: DISCOVER.COM Dec 05 2016 23:04:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
512169888       E-mail/Text: bknotice@erccollections.com Dec 05 2016 23:18:06      Enhanced Recovery Corp.,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
512347879       EDI: RECOVERYCORP.COM Dec 05 2016 23:03:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512169891       EDI: BANKAMER.COM Dec 05 2016 23:04:00      FIA Card Services,    Box 15713,
                 Wilmington, DE 19886-5713
512169892      +EDI: BANKAMER2.COM Dec 05 2016 23:04:00      FIA Card Services,    525 North Tryon Street,
                 Charlotte, NC 28255-0001
512169894      +E-mail/Text: fggbanko@fgny.com Dec 05 2016 23:17:20      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
512169895      +E-mail/Text: fggbanko@fgny.com Dec 05 2016 23:17:20      Foster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
512169898      +EDI: RMSC.COM Dec 05 2016 23:04:00      GE Capital/JC Penney,    Box 965007,
                 Orlando, FL 32896-5007
512254528       EDI: RMSC.COM Dec 05 2016 23:04:00      GE Money Bank,    Attn: Recovery Management Systems Corp,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
513540503       EDI: RECOVERYCORP.COM Dec 05 2016 23:03:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
512169902      +EDI: HFC.COM Dec 05 2016 23:04:00      HSBC,    Box 5253,    Carol Stream, IL 60197-5253
512169901       EDI: CITICORP.COM Dec 05 2016 23:04:00      Home Depot,    Box 6497,
                 SIOUX FALLS, SD 57117-6497
512169903       E-mail/Text: EBN_Notifications@OWB.com Dec 05 2016 23:17:51      Indy Mac Mortgage Services,
                 Box 78826,    Phoenix, AZ 85062-8826
512169904       EDI: IRS.COM Dec 05 2016 23:04:00      Internal Revenue Service,    Box 7346,
                 Philadelphia, PA 19101-7346
512169906      +EDI: CBSKOHLS.COM Dec 05 2016 23:03:00      Kohl’s Payment Center,    Box 3115,
                 Milwaukee, WI 53201-3115
512344362       E-mail/Text: camanagement@mtb.com Dec 05 2016 23:17:42      M & T Bank,    1100 Wehrle Dr.,
                 Williamsville, NY 14221
512169907       E-mail/Text: camanagement@mtb.com Dec 05 2016 23:17:42      M&T Bank,    Box 767,
                 Buffalo, NY 14240
512169908      +EDI: TSYS2.COM Dec 05 2016 23:04:00      Macy’s,    Box 8218,    Mason, OH 45040-8218
513574574       EDI: AIS.COM Dec 05 2016 23:03:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
512169909      +E-mail/PDF: bankruptcy@ncfsi.com Dec 05 2016 23:09:36      New Century Financial Services,
                 110 S Jefferson Road,    Whippany, NJ 07981-1038
512169911      +E-mail/Text: EBN_Notifications@OWB.com Dec 05 2016 23:17:52      OneWest Bank,
                 6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
512422735       EDI: PRA.COM Dec 05 2016 23:03:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541
512429989       EDI: PRA.COM Dec 05 2016 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
512452970       EDI: PRA.COM Dec 05 2016 23:03:00      Portfolio Recovery Associates, LLC,    c/o Thd,
                 POB 41067,    Norfolk VA 23541
512375086       EDI: PRA.COM Dec 05 2016 23:03:00      Portfolio Recovery Associates, LLC,
                 c/o Wells Fargo Bank, N.a.,    POB 41067,    Norfolk VA 23541
512777109      +EDI: RESURGENT.COM Dec 05 2016 23:04:00      PYOD LLC,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
513540504       EDI: RECOVERYCORP.COM Dec 05 2016 23:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512169918      +EDI: SEARS.COM Dec 05 2016 23:04:00      Sears/Citibank,    Box 6241,
                 Sioux Falls, SD 57117-6241
512288325       EDI: USBANKARS.COM Dec 05 2016 23:03:00      Elan Financial Services,    Bankruptcy Department,
                 P.O. Box 5229,    Cincinnati, OH 45201-5229
```

```
District/off: 0312-2           User: admin              Page 3 of 3                   Date Rcvd: Dec 05, 2016
                               Form ID: 3180W           Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
512169919      +EDI: URSI.COM Dec 05 2016 23:03:00     United Recovery Systems LP,   5800 North Course Drive,
                Houston, TX 77072-1613
512169920       E-mail/Text: edinkel@vikingservice.com Dec 05 2016 23:19:02     Viking Collection Service, Inc,
                Box 59207,    Minneapolis, MN 55459-0207
512169921       EDI: WACHOVIA.COM Dec 05 2016 23:04:00     Wachovia Bank, N.A.,   Box 96074,
                Charlotte, NC 28296-0074
512169923      +EDI: WFFC.COM Dec 05 2016 23:03:00     Wells Fargo,   1 Home Campus,
                Des Moines, IA 50328-0001
512350057       EDI: WFFC.COM Dec 05 2016 23:03:00     Wells Fargo Bank, N.A.,   Home Equity Group,
                X2303-01A - 1 Home Campus,   Des Moines, IA 50328-0001
512463841       EDI: ECAST.COM Dec 05 2016 23:03:00     eCAST Settlement Corporation assignee of Citibank,
                (South Dakota) NA,   POB 29262,   New York NY 10087-9262
                                                                                               TOTAL: 61
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Aurora Loan Services, LLC
512390481       Aurora Loan Services, LLC c/o Zucker Goldberg & Ac
cr*             OCWEN LOAN SERVICING, LLC,   Attn: Bankruptcy Department,   P.O. Box 24605,
                West Palm Beach, FL 33416-4605
cr*             OneWest Bank, FSB,   P O Box 829009,   Dallas, TX 75382-9009
512498373*      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512169883*     +Citibank,   701 E. 60th Street N,   Sioux Falls, SD 57104-0493
512921760*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                NORFOLK, VA 23541)
512169896     ##+Frederick J. Hanna & Assoc.,   1427 Roswell Road,   Marietta, GA 30062-3668
                                                                                 TOTALS: 2, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
```
         Alexandra T. Garcia    on behalf of Creditor   WELLS FARGO BANK, N.A. NJECFMAIL@mwc-law.com
         Brian C. Nicholas    on behalf of Creditor   Aurora Loan Services, LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Charles G. Wohlrab    on behalf of Creditor   LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
          SERIES 2005-2, U.S. Bank National Association, as Trustee, successor in interest to LaSalle Bank
          National Association, as Trustee cwohlrab@logs.com,  njbankruptcynotifications@logs.com
         Joel A. Ackerman    on behalf of Creditor   Aurora Loan Services, LLC jackerman@zuckergoldberg.com
         Justin Plean    on behalf of Creditor   Deutsche Bank National Trust Company jplean@rasflaw.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa N. Licker    on behalf of Creditor   OneWest Bank, FSB NJ_ECF_Notices@buckleymadole.com
         Ralph A Ferro, Jr    on behalf of Debtor William D. Thresher ralphferrojr@msn.com
                                                                                               TOTAL: 8
```