| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(a)<br><br>Robert A. Rich (RR 4892)<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 309-1132<br>rrich2@hunton.com<br><br>*Attorneys for RBS Citizens* | Order Filed on March 30, 2017<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In re:<br><br>WILLIAM THRESHER<br><br>       Debtor(s). | Case No.: 11-30846<br><br>Chapter: 13<br><br>Honorable Judge Stacey L. Meisel |

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

  The relief set forth on the following page is ORDERED.

**DATED: March 30, 2017**

                      /s/ Stacey L. Meisel
                      Honorable Stacey L. Meisel
                      United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by *RBS Citizens* and regarding the Proof of Claim filed at Proof of Claim No. 2-1, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order, and it is hereby

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.